**Order filed July 1, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00419-CV

———————

**MARY ANN DEMARS AND ROBERT DEMARS, Appellants**

**V.**

**CHIA-SU CHOU & TEH-WEH CHOU, Appellees**

---

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 01-CCV-020224**

---

# O R D E R

The notice of appeal in this case was filed January 9, 2013. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **July 16, 2014.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM